No. 80–5206. Cowart v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–5220. DiSilvestro v. United States. C. A. 2d Cir. Certiorari denied.

No. 80–5221. Angelucci v. Fitzgerald, Corrections Commissioner, et al. C. A. 2d Cir. Certiorari denied.

No. 80–5225. Cauley v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–5234. Bleier v. General Services Administration et al. C. A. 8th Cir. Certiorari denied.

No. 80–5239. Penn v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–5259. Godfrey v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 80–5260. Turner v. County of Siskiyou et al. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 80–5262. Nelson v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–5294. Berman v. Board of Review, New Jersey Department of Labor and Industry, et al. Super. Ct. N. J. Certiorari denied.

No. 80–5295. Luther v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5299. Stone v. United States. C. A. 3d Cir. Certiorari denied.

No. 80–5301. Higgins v. United States. C. A. 5th Cir. Certiorari denied.